# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No.: 1:26-cv-00330-KAS

LINDSEY DEHART, individually and on
behalf of all others similarly situated,

Plaintiff,

v.

DILLION COMPANIES, LLC, *et al.*,

Defendants.


Civil Action No.: 1:26-cv-00542-SKC-KAS

LAIRD DAKOS, individually and on
behalf of all others similarly situated,

Plaintiff,

v.

HF SINCLAIR REFINING & MARKETING, LLC, *et al.*,

Defendants.


Civil Action No.: 1:26-cv-00543-GPG-NRN

KOUSUM AITWAL, *et al.*,

Plaintiffs,

v.

HF SINCLAIR REFINING & MARKETING, LLC, *et al.*,

Defendants.

---

**DECLARATION OF FRANKLIN D. AZAR IN SUPPORT OF
THE *AITWAL* PLAINTIFFS' MOTION TO CONSOLIDATE AND
APPOINT INTERIM CO-LEAD CLASS COUNSEL**

---

I, Franklin D. Azar, declare as follows:

1. I am the owner of the law firm Franklin D. Azar & Associates, PC. ("FDAzar"). I am admitted to practice before this Court. I, along with my co-counsel Meghan W. Martinez of the Martinez Law Group ("Martinez"), represent Plaintiffs in this action. I submit this declaration in support of the *Aitwal* Plaintiffs' Motion to Consolidate and Appoint Interim Co-Lead Class Counsel. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I would testify to these facts.

2. FDAzar maintains offices in Aurora, Colorado.

3. FDAzar is a class action firm with a national practice, which has recovered over a billion dollars on behalf of clients.

4. FDAzar has extensive experience litigating complex class action cases, as further detailed in the Firm resume, attached hereto.

5. I am admitted to practice in the State of Colorado, the State of Texas, the United States Court of Appeals for the Ninth and Tenth Circuits, and the United States District Court for the District of Colorado, the United States District Court for the Southern and Northern Districts of Texas, and the United States Supreme Court. I am an Eagle member of the Colorado Trial Lawyers Association and the American Association of Justice.

6. FDAzar has the resources and personnel to represent the class as long as necessary. FDAzar has a considerable track record of successfully representing class members in complex cases, including the following:

- *Martin, et al. v. Toyota Motor Credit Corporation*, No. 2:20-cv-10518-JVS-MRW, United States District Court for the Central District of California. FDAzar and its co-counsel

1

represent Plaintiffs who purchased Guaranteed Auto Protection as part of the auto loans they financed through Toyota Motor Credit Corporation ("TMCC" or "Toyota"), and allege that Toyota failed to refund or credit them for the unused portions of their Guaranteed Auto Protection because they terminated their loans before the term of the loan expired. The case settled for a total value of over $107.8 million. The Court stated: "Class Counsel achieved exceptional results for the class. The settlement includes a 100% refund for each class member. Additionally, Class Counsel generated benefits beyond the cash settlement fund in the form of a Business Practice Change requiring TMCC to automatically pay GAP refunds directly to consumers who pay off their GAP insurance early.

- *Herrera et al. v. Wells Fargo Bank, N.A.*, No. 8:18-cv-00332, U.S. District Court for the Central District of California (Southern Division). FDAzar and its co-counsel represent Plaintiffs who purchased Guaranteed Auto Protection as part of the auto loans they financed through Wells Fargo and allege that Wells Fargo has failed to refund or credit them for the unused portions of their Guaranteed Auto Protection because they terminated their loans before the term of the loan expired. Plaintiffs further allege that Wells Fargo forced them and other customers to jump through unnecessary and inappropriate procedural hurdles to procure refunds in an attempt to dissuade customers from receiving refunds to which they are entitled. The case settled – and the Court, in its Order Granting Motion for Final Approval of Class Action Settlement and Motion for Attorneys' Fees, Costs and Incentive Awards, "conclude[s] that the value of the Settlement is at least $84 million and has a likely future value to class members of approximately $107 million."

- *Lundy v. Facebook, Inc.*, No. 4:18-cv-06793, U.S. District Court for the Northern District of California. FDAzar is one of three firms representing plaintiffs in this privacy case alleging Facebook collected detailed location data from users' mobile and/or tablet devices without permission even where they specifically opted out of location services. A settlement in the amount of $37.75 million was approved by the Court on March 11, 2024.

- *Jeffrey Wall v. HP, Inc., and Hewlett Packard Enterprise Company*, No. 30-2012-00537897-CU-BT-CXC, Superior Court of the State of California, for the County of Orange.

2

FDAzar and co-counsel represented current and former sales employees of Hewlett Packard in an action alleging breaches of the California Labor Code for failure to timely pay earned commissions. The Court certified the class in August of 2016. The case settled for $25 million on December 21, 2018. As a result of this lawsuit, HP updated its pay policies to reflect the law in California.

- *Ybarra et al. v. Board of Trustees of Supplemental Income Trust Fund et al.*, No. 8:17-cv-02091, U.S. District Court for the Central District of California. FDAzar and co-counsel represented two plaintiffs who had invested in the Supplemental Income 401(k) Plan, a multi-employer defined contribution retirement plan established under ERISA for steel worker union members, and alleged that Defendants, through a non-existent or insufficient review process, failed to fulfill their obligations to monitor the Plan's investments, thereby permitting the Plan and participants to pay excessive administrative and recordkeeping fees through the use of retail class investment share classes. The case settled for $8.75 million.

- *In re Google Plus Profile Litigation*, No. 5:18-cv-05062, U.S. District Court for the District of Northern California. FDAzar was appointed co-lead settlement class counsel in this data breach case alleging that Google allowed millions of Google+ users' personal information to be exposed to third-parties and that Google knew about the data breaches for months before notifying users, but chose to conceal the breaches in the hope of avoiding public and Congressional scrutiny. The case settled for $5.5 million.

- *Mator, et al. v. Wesco Distribution, Inc., et al.*, No. 2:21-cv-00403-MJH, U.S. District Court for the Western District of Pennsylvania. FDAzar and its co-counsel represent Plaintiffs, individually and as representatives of a class of participants and beneficiaries in and on behalf of the Wesco Distribution, Inc. Retirement Savings Plan pursuant to ERISA for the benefit of the Plan and its participants. The action asserts claims for breaches of fiduciary duties and other violations of 29 U.S.C. § 1132(a)(2) and (3) against the Plan's fiduciaries. After successfully appealing the dismissal of the complaint to the Third Circuit Court of Appeals, the parties reached a settlement agreement that resolved all claims asserted in the lawsuit in

3

exchange for $2,250,000.00 cash payment and prospective relief. The final approval order and judgment was entered on June 18, 2025.

7. I am being assisted in the prosecution of Plaintiffs' and the class members' claims by other members of FDAzar's Class Action Group, including Michael D. Murphy, Timothy L. Foster, Dezarae LaCrue, Paul R. Wood and Meghan Martinez of the Martinez Law Group. Additional biographical information about FDAzar's Class Action Group and its members can be found in the FDAzar Firm Resume filed as Exhibit 2.

8. FDAzar's Class Action Group have committed substantial time and resources investigating the underlying facts of this litigation, including identifying and interviewing the Plaintiffs and numerous putative Class members, and researching and investigating the potential legal theories and claims at issue. FDAzar's Class Action Group is intimately familiar with the facts and legal issues in this Class Action and intends to continue efficiently pursuing the claims on behalf of Plaintiffs and the putative class.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of March, 2026.

*s/ Franklin D. Azar*
Franklin D. Azar

4